February 6, 2006

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Dear Clerk:

I am writing to request a copy of my former habeas corpus and petition which was filed in this court in 1991. (Dickens v. Redman, C.A. 91-90-SLR). Under the same case I was dismissed without prejudice for having mixed claims in my petition I would like a copy of that memorandum opinion.

These document are needed prior to filing my habeas corpus and I would greatly appreciate you sending these documents to me.

Respectfully,
Laurence B. Dickens

LAWRENCE B. DICKENS
SCI, Medium #124570
P.O. Box 500
Georgetown, DE 19947

C.C. Julia M. Dickens



RECEIVED
FILED
FEB -8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: Lawrence B. Dickens   BLDG: Medium 'A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  #124570
GEORGETOWN, DELAWARE 19947

1836 U.S. POSTAGE PB2230370
7980 $00.390 FEB 07 06
7137            19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
                19801-3570