OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 13, 2006

TO: Lawrence B. Dickens
SBI# 124570
SCI
P.O. Box 500
Georgetown, DE 19947

*RE: Copywork from Federal Archives Center; 91-90(SLR)*

Dear Mr. Dickens:

This office received a letter from you requesting a copy of your petition for writ of habeas corpus and the Order dated 2/2/93. Please be advised that your case has been sent to the Federal Archives Center in Philadelphia. The case has been ordered and copies will be forwarded to you upon receipt of the case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson