OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 24, 2006

TO: Lawrence B. Dickens
SBI #124570
Sussex Correctional Center
P.O. Box 500
Georgetown, DE 19947

RE: **Request for Copywork;91-90(SLR)**

Dear Mr. Dickens:

The Clerk's Office is in receipt of the documents from the Federal Archives Center in Philadelphia in the above mentioned case. The copies of DI 2, 4, 4A, 27, 28 and 29 are being forwarded to you.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: DI 2, 4, 4A, 27, 28 and 29.